# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 21-10214 | Trustee Name: | (530190) Charles M. Ivey, III |
|---|---|---|---|
| Case Name: | MERIDIAN 3D, INC. | Date Filed (f) or Converted (c): | 04/19/2021 (f) |
| | | § 341(a) Meeting Date: | 05/17/2021 |
| For Period Ending: | 03/31/2024 | Claims Bar Date: | 02/04/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1  Business Checking Account at First Citizens Bank, xxxxxx3505. Motion for Relief filed as to offset against funds in account- Order granting set off #27 | 9,538.12 | 9,538.12 | OA | 0.00 | FA | 0.00 | 0.00 |
| 2  Business Checking Account at First Citizens Bank, xxxxxx3515. Motion for Relief filed as to offset against funds in account- Order granting set off #27 | 1.00 | 1.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 3  Business Checking Account at Pinnacle Financial Partners, xxxxxx6100. Motion for Relief filed as to offset against funds in account- Order granting set off #27 | 318.47 | 318.47 | OA | 0.00 | FA | 0.00 | 0.00 |
| 4  Checking Account at Pinnacle Financial Partners Holding Account, xxxxxx6258 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5  Rental deposit with landlord, Stonebrook of Greensboro, LLC. Offset against past due rent/rent deposit forgone to landlord for agreeing to allow Trustee to keep assets in secured location and through auction | 956.25 | 956.25 | | 0.00 | FA | 0.00 | 0.00 |
| 6*  A/R 90 days old or less. Face amount = $14,433.28. Doubtful/Uncollectible accounts = $0.00. (See Footnote) | 14,433.28 | 0.00 | | 866.51 | FA | 430,261.52 | 0.00 |
| 7*  7 Desks 10 Steelcase Office Chairs 2 Aeron Office Chairs Printer All in One 2 Desktop Printers Multiple Filing Cabinets Multiple Bookcases Small Conference Table Misc. Office Supplies. Valuation Method: Liquidation (See Footnote) | 1,000.00 | 0.00 | | 2,301.00 | FA | 430,261.52 | 0.00 |
| 8*  (2) HP Spectre Laptops $1,000 each. Valuation Method: Liquidation. Part of auction sale (See Footnote) | 2,000.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 9*  HP Proliant DL 360 Server 450 GB. Valuation Method: Liquidation (See Footnote) | 300.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 10* HP Storage Works Storage 35 TB. Valuation Method: Liquidation (See Footnote) | 850.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 11* RS 2418+ Raid Storage 144 TB. Valuation Method: Liquidation (See Footnote) | 2,000.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 12* QNAP Storage 20 TB. Valuation Method: Liquidation (See Footnote) | 300.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 13* Black Armor Storage 12 TB. Valuation Method: Liquidation (See Footnote) | 400.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 14* Leica TCRP 1201 Survey Instrument. Valuation Method: Liquidation (See Footnote) | 10,000.00 | 0.00 | | 4,200.00 | FA | 430,261.52 | 0.00 |
| 15* Leica TS 11 (A) Survey Instrument. Valuation Method: Liquidation (See Footnote) | 3,600.00 | 0.00 | | 3,100.00 | FA | 430,261.52 | 0.00 |
| 16* Leica P40 Scanner Long Range with 4 Way Charger. Valuation Method: Liquidation (See Footnote) | 37,500.00 | 0.00 | | 25,500.00 | FA | 430,261.52 | 0.00 |
| 17* (2) Leica Prism Survey Sets $600 each. Valuation Method: Liquidation (See Footnote) | 1,200.00 | 0.00 | | 750.00 | FA | 430,261.52 | 0.00 |
| 18* Leica GRP Prism Survey Set. Valuation Method: Liquidation (See Footnote) | 3,500.00 | 0.00 | | 260.00 | FA | 430,261.52 | 0.00 |
| 19* Leica BLK 360 Scanner Short Range. Valuation Method: Liquidation (See Footnote) | 15,000.00 | 0.00 | | 7,250.00 | FA | 430,261.52 | 0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 21-10214  
**Case Name:** MERIDIAN 3D, INC.  
**For Period Ending:** 03/31/2024

**Trustee Name:** (530190) Charles M. Ivey, III  
**Date Filed (f) or Converted (c):** 04/19/2021 (f)  
**§ 341(a) Meeting Date:** 05/17/2021  
**Claims Bar Date:** 02/04/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 20* | Leica RTC 360 Scanner Mid-Range with 4 way charger and tablet. Valuation Method: Liquidation<br>Order entered 10/29/21 Doc No. 47 regarding funds from asset sale, which allows Great America a claim of $76,250.00 from the sale proceeds.   (See Footnote) | 75,000.00 | 11,466.56 | | 43,000.00 | FA | 63,533.44 | 0.00 |
| 21* | Leica TS16 Survey Instrument. Valuation Method: Liquidation<br>Order entered 10/29/21 Doc No. 47 regarding funds from asset sale, which allows Great America a claim of $76,250.00 from the sale proceeds.   (See Footnote) | 22,000.00 | 4,845.41 | | 13,750.00 | FA | 17,154.59 | 0.00 |
| 22* | Leica TS16 Survey Instrument. Valuation Method: Liquidation (See Footnote) | 22,000.00 | 0.00 | | 12,500.00 | FA | 430,261.52 | 0.00 |
| 23* | Leica P30 Scanner Long Range with 4 way charger. Valuation Method: Liquidation<br>Order entered 10/29/21 Doc No. 47 regarding funds from asset sale, which allows Great America a claim of $76,250.00 from the sale proceeds.   (See Footnote) | 32,500.00 | 22,058.27 | | 19,500.00 | FA | 10,441.73 | 0.00 |
| 24* | Leica MS60 Survey Multistation with 4 way charger. Valuation Method: Liquidation (See Footnote) | 46,000.00 | 0.00 | | 16,250.00 | FA | 430,261.52 | 0.00 |
| 25* | (2) Hilti Heavy Duty Drills $600 each. Valuation Method: Liquidation (See Footnote) | 1,200.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 26* | Hexagon Scan Arm 7-Axis with Base and Accessories. Valuation Method: Liquidation (See Footnote) | 57,000.00 | 0.00 | | 14,750.00 | FA | 430,261.52 | 0.00 |
| 27* | Miscellaneous Hand Tools, Miscellaneous Computer Cables, Safety Equipment, PPE. Valuation Method: Liquidation (See Footnote) | 600.00 | 0.00 | | 19,076.25 | FA | 430,261.52 | 0.00 |
| 28 | 3300 Battleground Ave., Suite 306, Greensboro, NC 27410 Corporate Office in Office Building, Leasehold | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 29* | Custom Created Virtual Storage Portal ("VSP") to Hold Client Data. Valuation Method: N/A (See Footnote) | 1,000.00 | 0.00 | | 425.00 | FA | 430,261.52 | 0.00 |
| 30 | Billable services performed in March/April 2021 to Evonik Corporation | 11,650.00 | 11,650.00 | | 0.00 | FA | 0.00 | 0.00 |
| 31 | Billable services performed in March/April 2021 to History Factory | 3,750.00 | 3,750.00 | | 0.00 | FA | 0.00 | 0.00 |
| 32 | Billable services performed in March/April 2021 to ESS | 2,152.00 | 2,152.00 | | 0.00 | FA | 0.00 | 0.00 |
| 33 | Buyer's Premium- Auction Sale | 0.00 | 0.00 | | 27,391.84 | FA | 0.00 | 0.00 |
| 34 | Sales Tax- auction sale | 0.00 | 0.00 | | 14,018.84 | FA | 0.00 | 0.00 |
| 35 | VOID | VOID | VOID | VOID | VOID | VOID | VOID | VOID |
| 36* | 2009 Dodge Caravan (u) (See Footnote) | 0.00 | 0.00 | | 1,309.03 | FA | 0.00 | 0.00 |
| 37* | Carve out from sale (See Footnote) | 0.00 | 0.00 | OA | 6,000.00 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

**Case No.:** 21-10214  
**Case Name:** MERIDIAN 3D, INC.  
**For Period Ending:** 03/31/2024

**Trustee Name:** (530190) Charles M. Ivey, III  
**Date Filed (f) or Converted (c):** 04/19/2021 (f)  
**§ 341(a) Meeting Date:** 05/17/2021  
**Claims Bar Date:** 02/04/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 38 | Refund from overpayment of Invoice #3715 (u)<br><br>SteelFab, Inc. mistakenly paid to the account of Meridian 3D the sum of $2430.00; SteelFab contacted the Trustee to have the payment returned. Trustee filed a motion allowing the Trustee to return/turnover the funds to SteelFab as the funds were not properly property of the Chapter 7 estate of Meridian 3D.  Order has been entered allowing the Trustee to return the funds of $2430 to  SteelFab, Inc. on 2/28/22 Doc. No. 59 | 0.00 | 0.00 | | 2,430.00 | FA | 0.00 | 0.00 |
| 39 | Refund of Overpayment from TX Unemployment taxes  (u)<br>refund of overpayment of TX unemployment taxes | 0.00 | 0.00 | | 215.10 | FA | 0.00 | 0.00 |
| 40* | IBUY Power Desktop PC #1<br>Part of auction sale (See Footnote) | 1,500.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 41* | IBUY Power Desktop PC #2<br>Part of auction sale (See Footnote) | 1,250.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 42* | (2) Z800 Desktop PC $350.00 each<br>Part of auction sale (See Footnote) | 700.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 43* | (3) Z400 Desktop PC $200 each<br>Part of auction sale (See Footnote) | 600.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 44* | (7) HPZ Book Laptops $450 each<br>Part of auction sale (See Footnote) | 3,150.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 45* | (2) Alienware Laptop $500 each<br>Part of auction sale (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 46* | Multiple Computer Monitors<br>Part of auction sale (See Footnote) | 500.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 47* | Multiple Widescreen Monitors<br>Part of auction sale (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 48* | Dell Power Edge 2950 Server 1.8 TB<br>Part of auction sale (See Footnote) | 150.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 49* | HP Proliant DL 360 Server 4 Slot<br>Asset sold at auction- see auction report of sale (See Footnote) | 300.00 | 0.00 | | 0.00 | FA | 430,261.52 | 0.00 |
| 50 | Tax Refund (u)<br>Company tax refunds | 0.00 | 0.00 | | 10,431.55 | FA | 0.00 | 0.00 |
| 51* | VOID (See Footnote) | VOID | VOID | VOID | VOID | VOID | VOID | VOID |
| 52* | Settlement- Ricardo Artiga (u) (See Footnote) | 0.00 | 0.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| **52** | **Assets Totals (Excluding unknown values)** | **$387,899.12** | **$66,736.08** | | **$260,275.12** | **$0.00** | **$12,998,975.36** | **$0.00** |

RE PROP# 6      Blanket lien held by Pinnacle bank; total lien $430,261.52

RE PROP# 7      Blanket lien held by Pinnacle bank; total lien $430,261.52

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

**Case No.:** 21-10214  
**Case Name:** MERIDIAN 3D, INC.  
**For Period Ending:** 03/31/2024

**Trustee Name:** (530190) Charles M. Ivey, III  
**Date Filed (f) or Converted (c):** 04/19/2021 (f)  
**§ 341(a) Meeting Date:** 05/17/2021  
**Claims Bar Date:** 02/04/2022

| | |
|---|---|
| RE PROP# 8 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 9 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 10 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 11 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 12 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 13 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 14 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 15 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 16 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 17 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 18 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 19 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 20 | Blanket lien held by Pinnacle bank; total lien $430,261.52 may be affected by PMSI with Great America |
| RE PROP# 21 | Blanket lien held by Pinnacle bank; total lien $430,261.52 may be affected by the PMSI with Great America |
| RE PROP# 22 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 23 | Blanket lien held by Pinnacle bank; total lien $430,261.52 may be affected by PMSI with Great America |
| RE PROP# 24 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 25 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 26 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 27 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 29 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 36 | Vehicle was not listed on schedules- received insurance proceeds from total loss of 2009 Dodge Grand Caravan |
| RE PROP# 37 | Carve out from auction sale by Great American; Great American refused to pay the carve out and auctioneer, Iron Horse, stated they would pay the $6000.00 to confirm the auction sale. |
| RE PROP# 40 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 41 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 42 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 43 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 44 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 45 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 46 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 47 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 48 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 49 | Blanket lien held by Pinnacle bank; total lien $430,261.52 |
| RE PROP# 51 | Printing of discovery request |
| RE PROP# 52 | Settlement Agreement with Artiga from AP |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-5

| | |
|---|---|
| **Case No.:** 21-10214 | **Trustee Name:** (530190) Charles M. Ivey, III |
| **Case Name:** MERIDIAN 3D, INC. | **Date Filed (f) or Converted (c):** 04/19/2021 (f) |
| | **§ 341(a) Meeting Date:** 05/17/2021 |
| **For Period Ending:** 03/31/2024 | **Claims Bar Date:** 02/04/2022 |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Twelfth Interim Report 4/9/24: Mediation was held and settlement was negotiated. The Report of Mediator has been filed and Mr. Artiga has paid the settlement amount. Based upon new information received at mediation, the Trustee will be working to collect certain account receivables.

Eleventh Interim Report 1/9/24: Mediation was continued to January 8, 2024.

Tenth Interim Report 10/10/23: Trustee has filed insider adversary proceedings. After limited discovery the parties have agreed to mediation which is to take place in October 2023.

Nineth Interim Report 7/11/23: The Trustee has filed 11 U.S.C. §547 adversary proceeding for recovery of insider preference.

Eighth Interim Report 4/5/23: Trustee has received additional documentation requested pursuant to the previously conducted Rule 2004 examination of the former owner and the Trustee is reviewing the documentation at this time.

Seventh Interim Report 12/31/22: Trustee has reviewed documents and conducted a Rule 2004 examination. Certain additional documents are being provided. Upon review of additional documents Trustee will decide whether litigation should be instituted.

Sixth Interim Report 10/13/22: Trustee has reached consent for document production. Trustee expects to review documents and conduct witness 2004 examinations during next interim reporting period. This examination will determine if an avoidance action will be filed against the insider.

Fifth Interim Report 7/13/2022- Trustee has completed an initial review of corporate files and documents. Trustee is preparing to file (July) a Rule 2004 request for financial and debtor related documents from former insider. Request is necessary to complete avoidance auctions and §541 cause of action review.

FOURTH INTERIM REPORT 4/12/22- Trustee is continuing to review corporate records and to interview potential witness concerning Section 541 causes of actions and avoidance actions. Trustee anticipates filing Rule 2004 application to obtain additional records and testimony from third parties.

THIRD INTERIM REPORT 1/15/22: Trustee is reviewing financial records and company activity to determine whether avoidance actions are available to benefit the creditors and estate.

SECOND INTERIM REPORT 10/15/21: Trustee is investigating issues raised as to confirmation of sale relative to the Great America collateral. Trustee filed a motion in aid of administration concerning same and Great America has hired counsel. The attorney requested the hearing be continued on the Trustee's motion.

FIRST INTERIM REPORT 07/15/21: The sale of assets has concluded. A portion of sale was subject to confirmation. Trustee will be investigating issues concerning pre-petition activities.

**Initial Projected Date Of Final Report (TFR):** 12/31/2021     **Current Projected Date Of Final Report (TFR):** 06/30/2024

| | |
|---|---|
| 04/08/2024 | /s/Charles M. Ivey, III |
| Date | Charles M. Ivey, III |

Copy Served On: John Paul Hughes Cournoyer
                 Bankruptcy Administrator

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 21-10214 | Trustee Name: | Charles M. Ivey, III (530190) |
|---|---|---|---|
| Case Name: | MERIDIAN 3D, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3814 | Account #: | ******9454 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/28/21 | {6} | Auto-Owners Insurance | Post-Petition Insurance Prem Refund | 1121-000 | 265.69 | | 265.69 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 260.69 |
| 07/27/21 | | Iron Horse Auction Company | Auction Proceeds | | 224,022.93 | | 224,283.62 |
| | {7} | | Miscellaneous Office Furniture/Equp $2,301.00 | 1129-000 | | | |
| | {14} | | TCRP Equip $4,200.00 | 1129-000 | | | |
| | {15} | | Equipment $3,100.00 | 1129-000 | | | |
| | {16} | | Equipment $25,500.00 | 1129-000 | | | |
| | {17} | | Equipment $750.00 | 1129-000 | | | |
| | {18} | | Equipment $260.00 | 1129-000 | | | |
| | {19} | | Equipment $7,250.00 | 1129-000 | | | |
| | {20} | | Equipment $43,000.00 | 1129-000 | | | |
| | {21} | | Equipment $13,750.00 | 1129-000 | | | |
| | {22} | | Equipment $12,500.00 | 1129-000 | | | |
| | {23} | | Equipment $19,500.00 | 1129-000 | | | |
| | {24} | | Equipment $16,250.00 | 1129-000 | | | |
| | {26} | | Equipment $14,750.00 | 1129-000 | | | |
| | {27} | | Miscellaneous Tools and Equipment $19,076.25 | 1129-000 | | | |
| | {29} | | Equipment $425.00 | 1129-000 | | | |
| | {33} | | Buyer's Premium $27,391.84 | 1129-000 | | | |
| | {34} | | Sales Tax $14,018.84 | 1129-000 | | | |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 36.32 | 224,247.30 |

Page Subtotals:    $224,288.62    $41.32

{ } Asset Reference(s)                                            ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 21-10214 | Trustee Name: | Charles M. Ivey, III (530190) |
|---|---|---|---|
| Case Name: | MERIDIAN 3D, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3814 | Account #: | ******9454 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/19/21 | 101 | Iron Horse Auction Company | Auctioneer Expenses- Adv @ $3000 and Sales Tax @ $14,018.84 | 3610-000 | | 17,018.84 | 207,228.46 |
| 08/19/21 | 102 | Iron Horse Auction Company | Auctioneer Fees: Buyer's Premium | 3610-000 | | 27,391.84 | 179,836.62 |
| 08/19/21 | 103 | Pinnacle Bank | Proceeds from auction sale of property | 4210-000 | | 95,726.02 | 84,110.60 |
| 08/20/21 | {36} | Auto Owners Insurance | Insurance Proceeds for loss of 2009 Dodge Caravan | 1290-000 | 1,309.03 | | 85,419.63 |
| 08/30/21 | {6} | IPFS Corporation | Refund of Liability Insurance overpayment | 1121-000 | 600.82 | | 86,020.45 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 334.13 | 85,686.32 |
| 09/14/21 | {37} | Iron Horse Auction Company | Carve out proceeds from auction sale | 1129-000 | 6,000.00 | | 91,686.32 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 142.46 | 91,543.86 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 141.82 | 91,402.04 |
| 11/05/21 | 104 | GreatAmerica Financial Services | Payment pursuant to Order 47 entered 10/29/21 | 4210-000 | | 76,250.00 | 15,152.04 |
| 11/22/21 | {38} | SteelFab of Virginia | Refund of Invoice #3715 | 1221-000 | 2,430.00 | | 17,582.04 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 104.34 | 17,477.70 |
| 12/23/21 | {39} | Texas Comptroller of Public Accounts | Refund of TX unemployment tax | 1229-000 | 215.10 | | 17,692.80 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.03 | 17,663.77 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 27.36 | 17,636.41 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.38 | 17,610.03 |
| 03/08/22 | 105 | SteelFab, Inc. | Refund of Payment of CK# 88621-Meridian 3D | 7100-002 | | 2,430.00 | 15,180.03 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.04 | 15,148.99 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 24.89 | 15,124.10 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.43 | 15,100.67 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.62 | 15,074.05 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.35 | 15,050.70 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.53 | 15,024.17 |
| 09/19/22 | {50} | United States Treasury | Tax Refund | 1224-000 | 10,431.55 | | 25,455.72 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.65 | 25,426.07 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.39 | 25,386.68 |
| 11/01/22 | 106 | All Star Copying and Printing | Copying of Rule 2004 Docs for Artiga | 2990-000 | | 270.55 | 25,116.13 |

Page Subtotals:   $20,986.50   $220,117.67

{ } Asset Reference(s)                                                                                       ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 21-10214 | Trustee Name: | Charles M. Ivey, III (530190) |
|---|---|---|---|
| Case Name: | MERIDIAN 3D, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3814 | Account #: | ******9454 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/21/22 | 107 | Scott Court Reporting | Examination of Artiga and Transcript Copies | 3110-000 | | 621.25 | 24,494.88 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.01 | 24,451.87 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.18 | 24,412.69 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.73 | 24,370.96 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 36.45 | 24,334.51 |
| 03/07/23 | 108 | International Sureties | Trustee Bond Payment | 2300-000 | | 20.70 | 24,313.81 |
| 03/21/23 | 109 | All Star Printing | Printing of Discovery Documents | 3110-002 | | 37.93 | 24,275.88 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 40.26 | 24,235.62 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 36.25 | 24,199.37 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.66 | 24,156.71 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.71 | 24,118.00 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 36.07 | 24,081.93 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.45 | 24,039.48 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.24 | 24,002.24 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.03 | 23,961.21 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.40 | 23,922.81 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.06 | 23,885.75 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.00 | 23,843.75 |
| 02/09/24 | 110 | Northen Blue | Payment of Mediator Fees/Expenses | | | 1,197.85 | 22,645.90 |
| | | Northen Blue | Mediator Expenses $36.10 | 3722-000 | | | |
| | | Northen Blue | Mediator Fees $1,161.75 | 3721-000 | | | |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 36.45 | 22,609.45 |
| 03/12/24 | {52} | Richardo Artiga | Payment of Settlement Agreement | 1249-000 | 15,000.00 | | 37,609.45 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.51 | 37,560.94 |

| | | COLUMN TOTALS | | | 260,275.12 | 222,714.18 | $37,560.94 |
|---|---|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 260,275.12 | 222,714.18 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $260,275.12 | $222,714.18 | |

{ } Asset Reference(s)                                                          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| | | | |
|---|---|---|---|
| **Case No.:** | 21-10214 | **Trustee Name:** | Charles M. Ivey, III (530190) |
| **Case Name:** | MERIDIAN 3D, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3814 | **Account #:** | ******9454 Checking |
| **For Period Ending:** | 03/31/2024 | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $260,275.12 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $2,467.93 |
| Net Estate: | $257,807.19 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9454 Checking | $260,275.12 | $222,714.18 | $37,560.94 |
| | **$260,275.12** | **$222,714.18** | **$37,560.94** |

04/08/2024
Date

/s/Charles M. Ivey, III
Charles M. Ivey, III